1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF STIVERS,

       Plaintiff,

  v.

RADIOSHACK CORPORATION,

       Defendant.
_____/

No. C -12-04228 EDL

**ORDER SEVERING DEFENDANTS
WALTER SEPUT, JEAN SEPUT,
HARRIGAN WEIDEMULLER AND
BRIAN MULLER**

On November 19, 2013, the Court held a case management conference with Plaintiff and Defendant RadioShack to discuss the status of several other Defendants in this Americans with Disabilities Act access case: Walter Seput, Jean Seput, Harrigan Weidemuller, and Brian Muller. Walter and Jean Seput have not been served, although Plaintiff has made a number of attempts. Harrigan Weidemuller, the property management company that manages the property at issue, and Brian Muller, the property manager, were served on October 17, 2013. Dockets No. 57, 58. Defendants Harrigan Weidemuller and Brian Muller have been served but have failed to appear and have not answered the Third Amended Complaint.

At the case management conference, Plaintiff and Defendant RadioShack stipulated to the severance of the non-appearing defendants. Pursuant to the parties' stipulation, the Court severs Defendants Walter Seput, Jean Seput, Harrigan Weidemuller, and Brian Muller. The Clerk's Office is instructed to open a new case titled Jeff Stivers v. Walter Seput, Jean Seput, Harrigan Weidemuller, and Brian Miller. The filing fee for the new case is waived. The Clerk's Office shall copy the docket from the above-captioned case into the new case. Also as stipulated, the new case shall be related to the above-captioned case.

1    **IT IS SO ORDERED.**

2

3

Dated: 11/25/13

4                                                                         _____
                                                                         ELIZABETH D. LAPORTE
5                                                                         United States Chief Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California